ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| General Atomics | ) ASBCA No. 61495 |
| | ) |
| Under Contract No. 000000-00-0-0000 | ) |

APPEARANCES FOR THE APPELLANT:  Karen L. Manos, Esq.
Dhananjay S. Manthripragada, Esq.
  Gibson, Dunn & Crutcher LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:  Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Peter M. Casey, Esq.
Evan Georgopoulos, Esq.
  Trial Attorneys
  Defense Contract Management Agency
  Hanscom AFB, MA

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  January 5, 2021

_____
LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61495, Appeal of General Atomics, rendered in conformance with the Board's Charter.

Dated:  January 5, 2021

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals